**"UNDER SEAL"**

FILED
CHARLOTTE, N. C.

MAY 2 4 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:05-cr-203 |
| ) | |
| v. ) | ORDER SEALING BILL OF INDICTMENT |
| ) | AND NOTICE OF INTENTION TO SEEK |
| ) | ENHANCED PENALTIES PURSUANT TO |
| L'TODD ANTOINE HOUTSON ) | TITLE 21 U.S.C. § 851 |
| a/ka/ "Big Todd" ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment and Notice of Intention to Seek Enhanced Penalties Pursuant to Title 21 U.S.C. § 851 in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Bill of Indictment and Notice of Intention to Seek Enhanced Penalties Pursuant to Title 21 U.S.C. § 851 in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 24th day of May, 2005.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE