**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05cr203V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **L'TODD ANTOINE HOUSTON** ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendant's Oral Motion for a continuance of the sentencing hearing scheduled for the 17 April 2007 sentencing term in the Statesville Division, and defense attorney, Kenneth Snow's Oral Motion to Withdraw As Attorney. For the reasons stated by the Defendant's oral motion, and defense attorney's oral motion, the Court finds that good cause has been shown to continue this matter.

**IT IS, THEREFORE, ORDERED THAT:**

1. Defendant's motion for a continuance is **GRANTED**, the hearing is hereby continued from the 17 April 2007 sentencing term in the Statesville Division to the next available term in the Statesville Division;

2. The motion to withdraw as to court appointed counsel Kenneth Snow will be granted and he is hereby relieved of any further responsibility in this case;

3. The Federal Defenders Office shall appoint new counsel for the defendant as soon as possible;

4. Newly appointed counsel is instructed to be fully prepared to go forward with sentencing in this case at the next scheduled sentencing term in the Statesville Division.

5. A copy of this Order shall be sent to the Defendant, Federal Defenders Office, and United States Attorney's Office.

Signed: April 20, 2007

Richard L. Voorhees
United States District Judge