# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:05CR203 |
| L'TODD ANTOINE HOUSTON ) | USM No: 20306-058 |
| Date of Previous Judgment: 06/18/2007 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 120 to 120 months | Amended Guideline Range: | 120 to 120 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain): Pursuant to USSG §5G1.1, the sentence imposed may not be less than the statutorily required minimum sentence. In this case, the statutory mandatory minimum sentence was deemed to be the guideline sentence under §5G1.1(b). If Amendment 706 (Retroactive Crack Cocaine Amendment) had been in effect at the time of the original sentencing, it would not have been of benefit to defendant, because the statutorily mandated minimum sentence would have been the guideline sentence anyway. Because defendant's original sentence was based on the statutory minimum rather than the otherwise applicable guideline sentence, notwithstanding departure under USSG §5K1.1 and 18 U.S.C. §3553(e), Amendment 706 has no effect on the defendant's guideline sentence.

Except as provided above, all provisions of the judgment dated 06/18/2007 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: June 17, 2008

Effective Date: June 17, 2008
(if different from order date)

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge